UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JARRET CARL SHAW                                                                    PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 1:18CV309-RHW

QUALITY CORRECTIONAL
HEALTH CARE et al                                                                 DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court granting Defendants' motions for summary judgment, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's 42 U.S.C. § 1983 civil rights complaint is dismissed with prejudice as to all claims and all defendants.

SO ORDERED AND ADJUDGED, this the 28th day of February 2020.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE